# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-7237 |
| v. ) | |
| ) | Judge Sharon J. Coleman |
| CENTEGRA HEALTH BRIDGE FITNESS ) | Magistrate Judge Maria Valdez |
| CENTER, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, RASUL MUHAMMAD, by and through his undersigned attorney, and pursuant to Fed R. Civ. Proc. 41(a)(1)(i), hereby gives notice that he voluntarily dismisses this action against Defendant, CENTEGRA HEALTH BRIDGE FITNESS CENTER, LLC, without prejudice and without costs.

    Respectfully submitted,

    RASUL MUHAMMAD

    s/ *R. Joseph Kramer*
    R. Joseph Kramer
    KRAMER INJURY LAW LLC
    225 W. Washington Street, Ste. 2200
    Chicago, IL 60606
    Phone: (312) 775-1012
    Joe@rjklawyer.com